IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREL HEIGHTS APARTMENTS | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO. 5:17-cv-00888-XR |
| | § | **JURY** |
| GREAT LAKES REINSURANCE (U.K.) | § | |
| PLC F/K/A GREAT LAKES | § | |
| REINSURANCE (U.K.) SE | § | |
| | § | |
| *Defendant* | § | |

## JOINT NOTICE OF SETTLEMENT

Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (UK) PLC and Great Lakes Insurance (UK) SE) and Plaintiff Laurel Heights Apartments hereby respectfully notify the Court that the parties have reached a settlement in principle.

The parties will file a Joint Stipulation of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure following execution of the corresponding settlement documents.

                                                          Respectfully submitted,

                                                  */s/ William D. Abbott*
                                                  Les Pickett
                                                    "Attorney in Charge"
                                                     State Bar No. 15980520
                                                William D. Abbott
                                                   State Bar No. 24087069

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas   77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEY FOR DEFENDANT**

          Respectfully submitted,

          */s/ Jake Rogiers*
          Robert A. Pollom, Attorney-In-Charge
          Texas State Bar No. 24041703
          Southern District of Texas Bar No. 2149539
          Jake Rogiers
          Texas State Bar No. 24069066
          Southern District of Texas Bar No. 2478454
          16500 San Pedro, Suite 302
          San Antonio, Texas  78232
          Telephone:     (210) 490-7402
          Facsimile:     (210) 490-8372
          Email:  Robert@krwlawyers.com
          Email:  jake@krwlawyers.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of September 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Robert A. Pollom
Jake S. Rogiers
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232

**ATTORNEYS FOR PLAINTIFF**

          */s/ William D. Abbott*
          Les Pickett
          William D. Abbott