IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREL HEIGHTS APARTMENTS | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO. 5:17-cv-00888-XR |
| | § | **JURY** |
| GREAT LAKES REINSURANCE (U.K.) | § | |
| PLC F/K/A GREAT LAKES | § | |
| REINSURANCE (U.K.) SE | § | |
| | § | |
| *Defendant* | § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, LAUREL HEIGHTS APARTMENTS, and Defendant, GREAT LAKES

INSURANCE SE (formerly known as Great Lakes Reinsurance (UK) PLC and Great Lakes

Reinsurance (UK) SE), hereby file this Joint Stipulation of Dismissal pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff voluntarily dismisses with

prejudice all claims by Plaintiff against Defendant in this matter, and Defendant agrees to the

dismissal. Plaintiff and Defendant further stipulate that all costs will be borne by the party

incurring same.

Dated: November 12, 2018.

Respectfully submitted,

*/s/ William D. Abbott*
Les Pickett
 Texas Bar No. 15980520
William D. Abbott
 Texas Bar No. 24087069

**OF COUNSEL:**
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney, Suite 1400

Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile

**ATTORNEYS FOR DEFENDANT**

Respectfully submitted,

 */s/ Robert A. Pollom w/permission*
Robert A. Pollom, Attorney-In-Charge
Texas State Bar No. 24041703
Southern District of Texas Bar No. 2149539
Jake Rogiers
Texas State Bar No. 24069066
Southern District of Texas Bar No. 2478454
16500 San Pedro, Suite 302
San Antonio, Texas  78232
Telephone:     (210) 490-7402
Facsimile:      (210) 490-8372
Email:  Robert@krwlawyers.com
Email:  jake@krwlawyers.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal has been served on the following via electronic service on this 12th day of November, 2018:

Robert A. Pollom
Jake S. Rogiers
Ketterman Rowland & Westlund
16500 San Pedro, Suite 302
San Antonio, Texas 78232

**ATTORNEYS FOR PLAINTIFF**

*/s/ William D. Abbott*
Les Pickett
William D. Abbott

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LAUREL HEIGHTS APARTMENTS | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CASE NO. 5:17-cv-00888-XR |
| | § | **JURY** |
| GREAT LAKES REINSURANCE (U.K.) | § | |
| PLC F/K/A GREAT LAKES | § | |
| REINSURANCE (U.K.) SE | § | |
| | § | |
| *Defendant* | § | |

## **FINAL JUDGMENT**

On this date, the court considered the Joint Stipulation of Dismissal filed on November 12, 2018 by Plaintiff, LAUREL HEIGHTS APARTMENTS, and Defendant, GREAT LAKES INSURANCE SE (formerly known as Great Lakes Reinsurance (UK) PLC and Great Lakes Reinsurance (UK) SE), and in accordance with that Joint Stipulation of Dismissal, the court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiff, LAUREL HEIGHTS APARTMENTS, against Defendant, GREAT LAKES INSURANCE SE, be, and are hereby, dismissed with prejudice. The Court further ORDERS, ADJUDGES, and DECREES that each party will bear the court costs incurred by that party.

SIGNED this ____ day of _____, 2018.

_____
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**