IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LAUREL HEIGHTS APARTMENTS,<br><br>    *Plaintiff,*<br><br>v.<br><br>GREAT LAKES REINSURANCE (U.K.) PLC,<br><br>    *Defendants*. | §<br>§<br>§<br>§<br>§     Civil Action No.  SA-17-CV-888-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

**DISMISSAL ORDER**

On this date, the Court considered the Joint Stipulation of Dismissal filed on November 12, 2018 by Plaintiff, LAUREL HEIGHTS APARTMENTS, and Defendant, GREAT LAKES INSURANCE SE (formerly known as Great Lakes Reinsurance (UK) PLC and Great Lakes Reinsurance (UK) SE), and in accordance with that Joint Stipulation of Dismissal, the Court ORDERS, ADJUDGES, and DECREES that the claims of Plaintiff, LAUREL HEIGHTS APARTMENTS, against Defendant, GREAT LAKES INSURANCE SE, be, and are hereby, dismissed with prejudice. The Court further ORDERS, ADJUDGES, and DECREES that each party will bear the court costs incurred by that party.

It is so ORDERED.

SIGNED this 13th day of November, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE